**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARTHA ELIZABETH WATTS | ) | CASE NO. 17-68319-WLH |
| | ) | |
| DEBTOR. | ) | |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| GLOBAL LENDING SERVICES | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| ROYALLE KENISHA LAZARD | ) | |
| KATHLEEN STEIL, TRUSTEE | ) | |
| RESPONDENTS. | ) | |

_____)

### <u>AMENDED NOTICE OF HEARING</u>

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the Automatic Stay and Motion to Disburse Insurance Funds has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. ***The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise***.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Motion for Relief from the Automatic Stay* and *Motion to Disburse* at the following number: **toll-free number: 833-568-8864; meeting ID 160 202 1574, at 9:30 A.M. on November 18, 2021 in Courtroom 1403**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and

Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's office**:  Clerk, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.**

You must also mail a copy to the undersigned at the address below.  In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise.*

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARTHA ELIZABETH WATTS | ) | CASE NO. 17-68319-WLH |
| | ) | |
| DEBTOR. | ) | |

-------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| GLOBAL LENDING SERVICES | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| ROYALLE KENISHA LAZARD | ) | |
| KATHLEEN STEIL, TRUSTEE | ) | |
| RESPONDENTS. | ) | |

## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION TO DISBURSE INSURANCE FUNDS

**COMES NOW,** VW Credit, Inc. ("Movant"), a secured creditor in the above-captioned case and moves this Court to enter an order granting its request for relief from the automatic stay imposed by 11 U.S.C. § 362 and to Disburse Insurance Funds and respectfully shows the Court as follows:

1. On October 19, 2018, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter of 13 of Title 11 of the United States Bankruptcy Code.

2. On October 22, 2021, Debtor converted the instant case to a Chapter 7.

3. Movant and Debtor entered into a Retail Installment Sale Contract ("Contract") which describes the collateral known as a: 2016 HONDA CIVIC, VIN: 19XFC2F51GE034059 ("Collateral").

4. Upon information and belief, the approximate payoff, exclusive of legal fees and expenses incurred in the connection with the instant motion, due and owing to the Movant as of

September 24, 2021 is $9,343.55.

5.      Upon information and belief the Collateral has been involved in an accident resulting in a total loss.

6.      The insurer of the Collateral is in the process of evaluating the amount to be paid in the policy covering the Collateral and anticipates to a payment in the amount of $14,697.59.

**WHEREFORE**, Movant prays the Court as follows:

1.      Modify the Automatic Stay of 11 U.S.C. § 362(a) to permit Movant to enforce its security interest in the Property including but not limited to any non-bankruptcy remedies to foreclose and obtain possession;

2.      Allow Movant to apply insurance funds to pay Movant's claim in full;

3.      Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay;

4.      Movant specifically requests permission to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and

5.      Grant Movant such other and further relief as the Court deems just and proper.

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 27th day of October, 2021.

### <u>SERVICE LIST</u>

Royalle Kenisha Lazard
1989 Powers Ferry Rd
Apt. F
Marietta, GA 30067

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

Kathleen Steil
Kathleen Steil, Trustee
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Trustee
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

<u>/s/Chad R. Simon</u>
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046